UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20787-CR-Middlebrooks/Garber

UNITED STATES OF AMERICA,

v.

MANUEL HORTA and
MARY LEE DELATE,

     Defendant.
_____/

**OMNIBUS REPORT AND RECOMMENDATION ON CHANGES OF PLEA**

     THIS CAUSE was before the Court by Order of Reference from United States District Judge Donald M. Middlebrooks and the consent of the parties for the acceptance by a United States Magistrate Judge of a guilty plea by the defendants in this cause. Pursuant to such reference, the Court has conducted a change of plea hearing on January 24, 2011, which was attended by the defendant Manuel Horta, his attorney, Stewart G. Abrams, Assistant Federal Public Defender, and defendant Mary Lee Delate, her attorney David Low, appearing for Richard Neal Clarvit, Esquire, and Assistant United States Attorney William Leonard Athas. The Court hereby advises as follows:

     1. At the commencement of the change of plea proceedings, the Court advised the defendants that they had a right to have these proceedings conducted by the United States District Judge assigned to this case. The defendants were advised that a Magistrate Judge was conducting these proceedings by Order of Reference from the District Judge, based upon the consent of the defendants, their attorneys, and the Assistant United States Attorneys to whom this cause is assigned, as evidenced by the filing of a Waiver executed by the defendants, their counsel, and government counsel. The Court advised the defendants that the sentence would be imposed by the District Judge,

who would make all findings and rulings regarding such sentence and would conduct a sentencing hearing at a time scheduled by the District Judge.

2. The defendants were advised that they did not have to permit the undersigned United States Magistrate Judge to conduct the change of plea hearing and could request that it be conducted only by a United States District Judge. All parties and counsel agreed and consented to these proceedings being conducted by the undersigned.

3. The Court then conducted plea colloquies with the defendants consistent with the outline set forth in the Bench Book for District Judges and in conformity with the requirements of Rule 11 of the Federal Rules of Criminal Procedure.

4. The Court advised the defendants of the maximum sentence possibilities as to Count 1 of the Indictment to which they were tendering guilty pleas. The Court also advised the defendants of the mandatory special assessment of $100.00 which must be paid at the time of sentencing.

5. The defendants acknowledged that they were satisfied with the services of their attorneys and that they had full opportunity to discuss all facets of his case with their attorneys, which they acknowledged that they understood.

6. The defendants pled guilty to Count 1 of the Indictment, charging that they did, " From in or around January 2007, the exact date being unknown to the Grand Jury, and continuing through on or about March 10, 2009, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendants . . . did knowingly and intentionally combine, conspire, confederate, and agree with each other, and others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846." The controlled substance involved one

hundred (100) or more marijuana plants as to the defendant Horta and less than fifty (50) marijuana plants as to the defendant Delate.

8. The government filed a factual basis, made part of the record and executed by the government, the defendants and their counsel, for the guilty pleas which consisted of all of the essential elements of the offenses to which the defendants are pleading guilty.

9. The defendants were, upon recommendation of the government, permitted to remain at liberty under the bonds and conditions previously imposed by the Court.

**Sentencing was scheduled for Tuesday, March 22nd, 2011, at 2:00 P.M. as to the defendant Delate and at 2:30 P.M. as to the defendant Horta before U.S. District Judge Donald M. Middlebrooks, in his Courtroom on the 11th Floor of the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Miami, Florida 33132.**

Accordingly, and based upon the foregoing and the plea colloquy conducted in this cause, the undersigned hereby

RECOMMENDS that the defendants be found to have freely and voluntarily entered their guilty pleas as to Count 1 of the Indictment, that their guilty pleas be accepted, that they be adjudicated guilty of such offenses, and that sentencing hearings as set forth above be conducted for a final disposition of this cause.

The parties have fourteen (14) days from the date of this Report and Recommendation within which to file written objections, if any, with United States District Judge Donald M. Middlebrooks. See 28 U.S.C. §636. Failure to file timely objections may bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir.), cert. denied, 488 U.S. 958 (1988).

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this 24th day of January, 2011.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE